AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: H19-1034M | Date and time warrant executed: | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: |||

WhatsApp communications extracted.

United States Courts
Southern District of Texas
FILED

JUN 18 2019

David J. Bradley, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/05/19

_Executing officer's signature_

Ricardo Morales, Special Agent
_Printed name and title_

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>WhatsApp Communications Contained In<br>Samsung Model J727T1, IMEI 357847090464101<br>FCC ID A3LSMJ727T, Line Item 027 | )<br>)<br>) Case No. **H19-1034M**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government **requests** the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

WhatsApp communications contained in Samsung Model J727T1, IMEI 357847090464101, Line Item 027.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see affidavit which is attached hereto and made a part of this Application regarding communications and data on the above describe cell phone.

**YOU ARE COMMANDED** to execute this warrant on or before _June 19, 2019_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Frances Stacy, United States Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _06/05/2019 0:00 am_
_11:15 a.m._

_/s/ Frances H. Stacy_
*Judge's signature*

City and state: _Houston, Texas_   Frances Stacy, United States Magistrate Judge
*Printed name and title*